**Fill in this information to identify the case:**

Debtor name: Alliance Education Specialists

United States Bankruptcy Court for the: Northern District of California (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                     12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ................................................................................................................ $ 34,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ............................................................................................................. $ 62,361.20

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ................................................................................................................ $ 96,361.20

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............................. $ 35,900.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.............................................................. $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................ +$ 507,622.72

4. **Total liabilities**................................................................................................................................................. $ 543,522.72
    Lines 2 + 3a + 3b

| | Fill in this information to identify the case: | |
|---|---|---|
| Debtor name | Alliance Education Specialists | |
| United States Bankruptcy Court for the: | Northern District of California | |
| Case number (If known): | _____ | ☐ Check if this is an amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pre-Paid Students<br>3490 Camino Tassajara<br>Danville, CA, 94506 | | Monies Loaned / Advanced | | | | 130,621.87 |
| 2 | Huntington Learning Center<br>496 Kinderkarnack Rd<br>Oradell, NJ, 07649 | | Monies Loaned / Advanced | | | | 107,229.85 |
| 3 | Huntington Learning Center<br>496 Kinderkarnack Rd<br>Oradell, NJ, 07649 | | Deficiency Balance | | | | 96,000.00 |
| 4 | El Pinal Associates Newell, LLC<br>1330 N. Broadway<br>Suite C<br>Walnut Creek, CA, 94596 | | Lease | | | | 56,000.00 |
| 5 | Bank of America<br>PO Box 15019<br>Wilmington, DE, 19886 | | Credit Card Debt | | | | 52,309.00 |
| 6 | REG8 TASSAJARA CROSSING, LLC<br>ONE INDEPENDENT DR<br>Suite 114<br>Jacksonville, FL, 32202 | | Deficiency Balance | | | | 30,000.00 |
| 7 | Huntington Learning Center<br>496 Kinderkamack Rd<br>Danville, CA, 94506 | | Deficiency Balance | | | | 14,462.00 |
| 8 | US Bank<br>PO Box 5229<br>Cincinnati, OH, 45201 | | Credit Card Debt | | | | 14,000.00 |

| | Debtor | Alliance Education Specialists | Case number *(if known)* | | | | |
|---|---|---|---|---|---|---|---|
| | | Name | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | US Bank<br>PO Box 5229<br>Cincinnati, OH, 45201 | | Credit Card Debt | | | | 7,000.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Case: 21-40463    Doc# 9    Filed: 04/01/21    Entered: 04/01/21 11:25:07    Page 3 of 3